

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00351-CV

Joshua M. **HINSON** and Louise Hinson,
Appellants

v.

Don **LEESEBURG** and Carla M. Leeseburg,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16610
Honorable Solomon Casseb III, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed: October 8, 2014

DISMISSED

In this restricted appeal, on the parties' motion, we abated the appeal until September 29, 2014, to allow the parties to reach a settlement. *See Transport Ins. Co. v. Faircloth*, 898 S.W.2d 269, 280 (Tex. 1995) (public policy favors settlements). On that date, Appellants filed an unopposed motion to dismiss the appeal. The motion states "the parties have fully settled the underlying lawsuit."

We reinstate this appeal on the court's docket.  Appellants' motion is granted, and the appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a), 43.2(f).

PER CURIAM